No. 11–11058.  FABIAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–11059.  HENRY v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–11060.  LOBO-LOPEZ v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–11063.  HOLLOWAY v. LAY, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–11064.  HUGHES v. CITY OF DALLAS, TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 11–11065.  GRAY v. BRITTEN, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 11–11066.  HILL v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 11–11067.  HUNT v. CASSESE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–11068.  POWELL v. KELLER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–11069.  MCMILLION v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 11–11070.  MOTTEN v. BELL, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 11–11072.  AYERS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–11073.  GUTIERREZ v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–11074.  HAYES v. ANDERSON, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 11–11075.  HESS v. RIPPERGER ET AL.  C. A. 8th Cir. Certiorari denied.

No. 11–11076.  LOVELLETTE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.